# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Rafeal Randale Parks,**<br>   Debtor. | Case No.:  22−10871−SDB<br>Judge:  Susan D. Barrett<br>Chapter:  13 |

## RELEASE OF WAGES

The Notice to Commence Wage Withholding heretofore filed in these proceedings by which the debtor's employer:

Amazon Com LLC
P O Box 80726
Attn Payroll
Seattle, WA 98108

was required to pay debtor's earnings, or a portion thereof, to:

*Chapter 13 Trustee, Augusta, P.O. Box 102173, Atlanta, GA 30368−2173*

is rescinded and the above−named employer will henceforth account directly to the employee for wages earned. Any funds held by the employer as of this date should be returned directly to the debtor.

Dated: **June 11, 2024**

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

*13−50 (01/22)* **CMT**